# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE

*Carr Charles* — *these 2 names can Be Taken off And used As witnesses*
*Diane Bishop*
*Elizabeth Ramsay*
*Hodge, Wayne.*
*Scott, Wallace ETC.*

)
)
)
)
)
)

NO. _____
(To be assigned by the Clerk's Office.
Do not write in this blank.)

## APPLICATION TO PROCEED IN FORMA PAUPERIS
### WITH SUPPORTING DOCUMENTATION

I, _____*Charles E Carr Jr.*_____, declare that I am the:

[X] plaintiff/petitioner

[ ] defendant/respondent

[ ] Other: _____

in the above-reverenced proceeding. In support of my request to proceed without being required to prepay fees or give security therefor, I state that because of my poverty, I am unable to pay the fees for this action or give security therefor. I believe that I am entitled to the relief sought in my complaint/petition/answer/response. The nature of my action, defense, or other proceeding or the issues I intend to present are briefly stated as follows:

In further support of this application, I answer the following questions:

Page 1 of 10

Case 2:19-cv-00043-TAV-MCLC     Document 1     Filed 03/22/19     Page 1 of 10     PageID #: 1

## PERSONAL INFORMATION, EMPLOYMENT AND INCOME DATA

NAME (First     Middle     Last)                YEAR OF BIRTH

*Charles Edward Carr Jr.*    *08/19/1971*

SOCIAL SECURITY NUMBER (last 4 digits only)        PHONE NOS.

*2472    129 frank Humphreys Ln Johson City TN*

HOME ADDRESS:

*Live with mom since 1989    37601*

OWN OR RENT?           HOW LONG AT CURRENT ADDRESS?

*Single*

MARITAL STATUS:

*Disable   Mental Health Patient*

NAME AND ADDRESS OF CURRENT EMPLOYER:


TELEPHONE NUMBER OF EMPLOYER:


HOW LONG AT CURRENT EMPLOYMENT?


OCCUPATION (Describe what you do):


IF EMPLOYED, STATE BOTH THE GROSS AND NET AMOUNTS OF YOUR SALARY AND WAGES PER MONTH.

GROSS:                           NET:

IF NOT CURRENTLY EMPLOYED, GIVE MONTH AND YEAR OF LAST EMPLOYMENT: *unkn*

HOW MUCH DID YOU EARN PER MONTH AT YOUR LAST EMPLOYMENT: *unkn*

Case 2:19-cv-00043-TAV-MCLC    Document 1    Filed 03/22/19    Page 2 of 10    PageID #: 2

HAVE YOU RECEIVED ANY MONEY FROM ANY OF THE FOLLOWING SOURCES
WITHIN THE PAST TWELVE MONTHS?

Business, professional or other form of self-employment?   [ ] Yes     [X] No

If YES, state the source and amount:

Rent payments, interest, or dividends?                     [ ] Yes     [X] No

If YES, state the source and amount:

Pensions, annuities, or life insurance payments?           [ ] Yes     [X] No

If YES, state the source and amount:

Gifts or inheritance?                                      [X] Yes     [ ] No

If YES, state the source and amount:   Well $50.00 for Christmas

Any other source?                                         [X] Yes      [ ] No

If YES, state the source and amount:

Social Security Disability 654.00 A month I Believe And it went up to 673.00 To The Best of my knowledge

Page 3 of 10

## ASSETS:

LIST ANY OF THE FOLLOWING ASSETS THAT YOU OWN AND THE TOTAL VALUE

CASH                                                    $ 50.00 a /ess

CHECKING ACCOUNTS TOTAL BALANCE (List Banks Below)      $
**(Do NOT include account numbers)**

Home Trust - 2 Accounts 33.00 / less than $5.00

Shared account with mom Bank of Tennessee $13.00

SAVINGS ACCOUNTS–TOTAL BALANCE (List Banks Below)       $ 0.00
**(Do NOT include account numbers)**

STOCKS AND BONDS        none                            $ 0.00

REAL ESTATE–CURRENT FAIR MARKET VALUE
(List Locations Below)

none                                $ 0.00

                                                        $

                                                        $

**TOTAL REAL ESTATE**                                   $

Case 2:19-cv-00043-TAV-MCLC    Document 1    Filed 03/22/19    Page 4 of 10    PageID #: 4

VALUE OF PERSONAL PROPERTY, EXCLUDING VEHICLES (Itemize)

_Clothes on my Back_ $ _$820.00_

_Computer/etc._ $ _250.00_

_____ $_____

TOTAL PERSONAL PROPERTY $_____

MOTOR VEHICLES

Year/Make    License No. _none_    Current Value _0.00_

_____ $_____

_____ $_____

_____ $_____

TOTAL VALUE OF MOTOR VEHICLES $_____

DEBTS OWED TO YOU (Give Name of Debtor)

_none_    $ _0.00_

_____ $_____

_____ $_____

TOTAL DEBTS OWED TO YOU $_____

OTHER ASSETS (ITEMIZE)

_none_    $ _0.00_

_other than_ $_____

_above_ $_____

TOTAL OTHER ASSETS $_____

TOTAL OFF ALL ASSETS: $ _270.00 or less_

Page 5 of 10

Case 2:19-cv-00043-TAV-MCLC    Document 1    Filed 03/22/19    Page 5 of 10    PageID #: 5

## LIABILITIES
### (DO NOT INCLUDE ACCOUNT NUMBERS)

NOTES (LOANS) PAYABLE TO BANKS (List bank name and amount of loan only)

*None* . $ 0.00

_____ $ _____

_____ $ _____

**TOTAL LOANS PAYABLE TO BANKS** $

| | |
|---|---|
| NOTES (LOANS PAYABLE TO OTHERS) | $ |
| MORTGAGES PAYABLE ON REAL ESTATE | $ 0.00 |
| CREDIT CARDS AND ACCOUNTS PAYABLE TO CREDITORS | $ |
| MEDICAL BILLS | $ |
| TAXES AND ASSESSMENTS PAYABLE | $ 0.00 |
| OTHER LIABILITIES (Itemize) | |

_____ *Meds Each* $ _____

_____ *month* $ _____

_____ *Around 15.00* $ *sick or Take*

**TOTAL LIABILITIES** $ *337.00 give or Take*

128.00 Regional

71.00 First franklin

39.00 furniture Row

32.00 Best Buy

27.00 JcPenny

25.00 Belk

Page 6 of 10

Case 2:19-cv-00043-TAV-MCLC    Document 1    Filed 03/22/19    Page 6 of 10    PageID #: 6

## LIVING EXPENSES

| | Monthly Payment | Balance Owing |
|---|---|---|
| [ ] RENT or [ ]MORTGAGE PAYMENT (check one) | $ 0.00 | $ |
| ELECTRICITY | $ 90 - 230.00 | $ |
| WATER | $ 0 | $ |
| GAS | $ 0 | $ |
| TELEPHONE | $ 50.00 | $ |
| FOOD | $ food stamps | $ |
| ALIMONY | $ 0.00 | $ |
| CHILD SUPPORT | $ 0.00 | $ |
| CHILD CARE | $ 0.00 | $ |
| SCHOOL EXPENSES | $ 0.00 | $ |
| AUTOMOBILE NOTE | $ 0.00 | $ |
| AUTOMOBILE INSURANCE | $ 0.00 | $ |
| AUTOMOBILE REPAIRS | $ 0.00 | $ |
| GASOLINE | $ 2.00 | $ |
| FURNITURE NOTE | $ 39.08 | $ |
| CLOTHING | $ 52.00 | $ |
| CABLE TELEVISION | $ 0.00 | $ |
| LIFE INSURANCE | $ 46.00 x3 | $ |
| HOSPITALIZATION INSURANCE | $ 0.00 | $ |
| DOCTORS | $ 0.00 | $ |
| DRUGS | $ 15.00 +/- | $ |
| CREDIT CARDS | $ | $ |
| OTHER CHARGE ACCOUNTS OR CREDITORS | $ | $ |
| TAXES | $ | $ |
| ANY OTHER EXPENSES (LIST) | | |
| _____ | $ | $ |
| _____ | $ | $ |
| _____ | $ | $ |
| _____ | $ | $ |

*(handwritten note across right column: "To much to list I have mental health issues")*

**TOTAL EXPENSES** $ _____

Page 7 of 10

## SPOUSES' PERSONAL INFORMATION; EMPLOYMENT AND INCOME DATA

NAME (First      Middle      Last)          YEAR OF BIRTH

SOCIAL SECURITY NUMBER (last 4 digits only)      PHONE NOS.

HOME ADDRESS (if different from yours):

OWN OR RENT?          HOW LONG AT CURRENT ADDRESS?

NAME AND ADDRESS OF CURRENT EMPLOYER:

*No spouse*

TELEPHONE NUMBER OF EMPLOYER:

HOW LONG AT CURRENT EMPLOYMENT?

OCCUPATION (Describe what your spouse does):

SPOUSE'S CURRENT MONTHLY INCOME:

         Salary or Wages          $_____

         Commissions          $_____

         All other sources (Pensions; Soc.Sec.;
         Rent; Interest; Dividends; Alimony, etc.)    $_____

              **TOTAL:**          $_____

Case 2:19-cv-00043-TAV-MCLC    Document 1    Filed 03/22/19    Page 8 of 10    PageID #: 8

## NAME OF DEPENDENTS AND INCOME (If any)
### (For Minor Children, only provide first initials)

Names:                    Age:              Relationship:        Living
                                                                 With Whom?

_____

_____

_____

_____

_____

TOTAL MONTHLY INCOME OF DEPENDENTS INCLUDING
CHILD SUPPORT PAYMENTS (exclude spouse)                    $_____

**TOTAL MONTHLY INCOME OF APPLICANT, SPOUSE,
AND DEPENDENTS**                                           $_____

Case 2:19-cv-00043-TAV-MCLC    Document 1    Filed 03/22/19    Page 9 of 10    PageID #: 9

# AFFIDAVIT

I hereby certify that the above statement is true and that it is a complete statement of all

my income and assets, real and personal, whether held in my name or by any other, under

penalty of perjury.

_2/6/19_      _[signature]_

DATE                 SIGNATURE

_To the Best of my knowledge_

Created:      January 31, 2007
IPF Application.wpd

Case 2:19-cv-00043-TAV-MCLC     Document 1     Filed 03/22/19     Page 10 of 10
PageID #: 10